# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 17-992 consolidated with 17-985, 17-986, 17-987, 17-988, 17-989, 17-990, 17-991


**K&J SUPPLY, LLC, ET AL.**

**VERSUS**

**MULTI-CHEM GROUP, LLC, ET AL.**


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 118905
HONORABLE ANTHONY THIBODEAUX, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

### MARC T. AMY
### JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Marc T. Amy, Van H. Kyzar, and Candyce G. Perret, Judges.


**AFFIRMED.**


**Richard G. Duplantier, Jr.**
**Galloway, Johnson, Tompkins, Burr & Smith**
**701 Poydras Street, Suite 4040**
**New Orleans, LA   70139**
**(504) 525-6802**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Multi-Chem Group, LLC**
    **Cade Bourque**
    **John Gauthier**
    **Nathan Walker**
    **Aaron Gauthier**

**Edward Paul Landry**
**211 East Main Street**
**New Iberia, LA   70560**
**(337) 364-7626**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
     **K & J Supply, LLC, et al.**

**L. Clayton Burgess**
**605 W. Congress Street**
**Lafayette, LA   70501**
**(337) 234-7573**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
     **K & J Supply, LLC, et al.**

**AMY, Judge.**

For the reasons provided in the consolidated appeal of *Robert J. Broussard, et al. v. Multi-Chem Group, LLC*, 17-985 (La.App. 3 Cir. _/_/18), _ So.3d _, the judgment of the trial court is affirmed. Costs of this proceeding are assessed to the defendants-appellants, Multi-Chem Group, LLC, Cade Bourque, John Gauthier, Nathan Walker, and Aaron Gauthier.

**AFFIRMED.**